The Prothonotary is directed to strike the name of the jurist from the caption.

COMMONWEALTH of Pennsylvania, Petitioner

v.

Todd ALLEN, Respondent.

Supreme Court of Pennsylvania.

Sept. 4, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

a. Does a criminal defendant have no obligation to raise a return motion prior to the completion of proceedings before the trial court, but rather may wait six years from the completion of all criminal proceedings, including collateral attacks, to file a stand-alone motion?

It is further ordered that the trial court is directed to appoint counsel to assist Respondent on appeal to this Court.